1  THOMAS E. FRANKOVICH (SBN #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   1832-A Capitol Street
3  Vallejo, CA 94590
   Telephone:      (415) 444-5800
4  Facsimile:      (415) 674-9900
   Email: tfrankovich@disabilitieslaw.com
5
   Attorney for Plaintiff
6  IRMA RAMIREZ

7

8

9

10

11

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

12  IRMA RAMIREZ,                        )    Case NO. 3:15-cv-01892-MEJ
                                         )
13       Plaintiffs,                     )
                                         )
14  v.                                   )    **STIPULATION OF DISMISSAL AND**
                                         )    ~~[PROPOSED]~~ **ORDER THEREON**
15  CHARLEY'S LIQUOR & DELI.*, et al.*,  )
                                         )
16       Defendants.                     )
                                         )
17  _____     )

18

19       The Parties, by and through their respective counsel, stipulate to dismissal of this action

20  in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

21       IT IS HEREBY STIPULATED by and between parties to this action through their

22  designated counsel that the above-captioned action become and hereby is dismissed with

23  prejudice and each side is to bear its own costs and attorneys' fees.

24       The parties further consent to and request that the Court retain jurisdiction over

25  enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994)

26  (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

27  //

28

                    STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

1    This stipulation may be executed in counterparts, all of which together shall constitute

2  one original document.

3

4  Dated: January 27, 2016              THOMAS E. FRANKOVICH
                                        *A PROFESSIONAL LAW CORPORATION*
5

6

7                                       By:   /s/ Thomas E. Frankovich
                                        Thomas E. Frankovich
                                        Attorney for Plaintiff
8

9  Dated: January 27, 2016              GEARY, SHEA, O'DONNELL, GRATTAN &
                                        MITCHELL P.C.
10

11                                      By: /s/ *John A. Holdredge*
                                        John A. Holdredge
12                                      Attorney for Defendants

13

14

15                                   **ORDER**

16

17       IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to

18  Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees.  IT IS FURTHER

19  ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties'

20  Settlement Agreement and General Release should such enforcement be necessary.

21

22  Dated: January 27 , 2016

23

24                                      Hon. Maria-Elena James
                                        UNITED STATES MAGISTRATE JUDGE
25

26

27

28